IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL EDWARD ALLEN**　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #176724**

v.　　　　　　　　No. 4:23-cv-00755-LPR-BBM

**BRANDON LONG, et al.**　　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

**ORDER**

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 22). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Plaintiff may proceed with his medical deliberate-indifference claims against Sheriff Long, Administrator Dodson, and Nurse Lowery in their individual capacities only. Plaintiff's due process, conditions-of-confinement, retaliation, conspiracy, and official-capacity claims are DISMISSED without prejudice for failure to state a claim upon which relief may be granted. The Clerk is directed to terminate Nurse Taylor as a party to this action. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 8th day of July 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court may have a very slight disagreement with the PRD's characterization of the various ways in which a plaintiff can show medical deliberate-indifference. But that disagreement does not affect the correctness of the PRD's conclusion that (for screening purposes) Plaintiff has stated viable medical deliberate-indifference claims.