IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL EDWARD ALLEN**                                                          **PLAINTIFF**

v.                                    No. 4:23-cv-00755-LPR-BBM

**BRANDON LONG,** *et al.*                                                          **DEFENDANTS**

## ORDER

On August 16, 2023, Michael Edward Allen, an inmate in the Stone County Detention Center, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1] An Amended Complaint followed.[2] On November 3, 2025, Mr. Allen notified the Court than he had been released from incarceration.[3] So, on November 5, 2025, the Court entered an Order directing Mr. Allen to pay the $405 filing fee or file a free-world motion to proceed *in forma pauperis* within thirty (30) days.[4] The Court warned Mr. Allen that his failure to comply with the Order would result in the dismissal of his case without prejudice.[5]

Mr. Allen has not complied with, or otherwise responded to, the Court's November 5, 2025 Order, and the time for doing so has expired. Accordingly, Mr. Allen's Amended Complaint is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) for failure to prosecute. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

---

[1] Compl. (Doc. 1).

[2] Am. Compl. (Doc. 15).

[3] Notice (Doc. 66).

[4] Order (Doc. 68). The Order was entered by United States Magistrate Judge Benecia B. Moore.

[5] *Id.*

The Court will withhold entry of final judgment until January 19, 2026. If Mr. Allen pays the filing fee or submits a free-world motion to proceed *in forma pauperis* by that time, the Court will reconsider this Order. Otherwise, the Court will enter final judgment dismissing the case. The Court is delaying final judgment because Mr. Allen's Notice of Change of Address appears to indicate his continued intention to pursue this case.[6] And it is hard to believe Mr. Allen—after pushing his case forward for so long—would fail to comply with this Court's Order and the Local Rules understanding the result of such failures would be dismissal. The Magistrate Judge already warned him of that potential result. But the Court wants to give Mr. Allen one final chance in light of his long activity in this case.

IT IS SO ORDERED this 18th day of December 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[6] Doc. 66.